

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2021

No. 04-21-00458-CV

**IN RE** Nancy **ALANIS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Lori I. Valenzuela, Justice

On October 25, 2021, relator Nancy Alanis filed a petition for writ of mandamus and accompanying emergency motion for temporary relief. On October 25, 2021, this court denied relator's motion for temporary relief. On October 27, 2021, relator filed a second motion for emergency relief. After considering the second motion, it is DENIED.

It is so **ORDERED** on October 29, 2021.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021CI20923, styled *Nancy Alanis v. Wells Fargo Bank National Association, as Trustee for the Pooling and Servicing Agreement Dated as of October 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-NC2 Mortgage Pass Through Certificates, Series 2006 NC3; and Mark Douglas Cronenwett*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.